**DAVID A. DILLARD, CA Bar No. 97515**
ddillard@lrrc.com
**CONSTANTINE MARANTIDIS, CA Bar No. 173318**
cmarantidis@lrrc.com
**SAMI I. SCHILLY, CA Bar No. 301653**
sschilly@lrrc.com
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
**655 N. Central Avenue, Suite 2300**
**Glendale, CA 91203-1445**
**Telephone: (626) 795-9900**
**Facsimile: (626) 577-8800**

Attorneys for Defendant
**DELTA SCIENTIFIC CORPORATION**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RSA PROTECTIVE TECHNOLOGIES, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>DELTA SCIENTIFIC CORPORATION,<br><br>Defendant. | Case No. 2:19-cv-06024 JAK (PLAx)<br><br>**DEFENDANT DELTA SCIENTIFIC CORPORATION'S ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>**Hon. John A. Kronstadt** |

Defendant Delta Scientific Corporation ("Delta") responds to the allegations contained in Plaintiff's Complaint as set forth below.

### NATURE OF THE CLAIMS

1. Delta admits that this is an action for infringement of U.S. Patent No. 8,215,865 ("the '865 patent" or "the Asserted Patent") which is entitled "Anti-Ram System and Method of Installation." Delta denies that it has infringed any claim of the '865 patent.

-1-

109978428.2

## THE PARTIES

### RSA Protective Technologies

2. Delta lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 2 and therefore denies them.

3. Delta lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 3 and therefore denies them.

4. Delta lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 4 and therefore denies them.

5. Delta lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 5 and therefore denies them.

### Delta Scientific Corporation

6. Admitted, except that Delta lacks knowledge or information sufficient to form a belief about the truth of the allegation that Delta is a "domestic stock entity" and therefore denies that allegation.

7. Admitted.

8. Admitted.

## JURISDICTION AND VENUE

9. Admitted.

10. Admitted that this Court has personal jurisdiction over Delta because it is organized under the laws of California and has a principal place of business in Palmdale, California. Denied that this Court has personal jurisdiction over Delta because it directly infringed the Asserted Patent by making, using, selling, offering to sell and/or importing infringing products in the Central District of California. Delta denies that it has infringed any claim of the '865 patent.

11. Admitted that venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b), 1391(c), 1391(d), and/or 1400(b) with respect to Delta because Delta is organized under the laws of California and has regular and established places of

109978428.2

business in this district. Delta denies that it has committed acts of infringement in this district or elsewhere.

## FACTUAL BACKGROUND

### Asserted Patent

12. Delta admits that this action is for infringement of the '865 patent, entitled "Anti-Ram System and Method of Installation" and that the '865 patent was issued by the United States Patent and Trademark Office ("USPTO") on July 10, 2012. Delta denies that the '865 patent was duly and legally issued. Delta admits that Exhibit A to the Complaint appears to be a copy of the '865 patent.

13. Delta lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 13 of the Complaint, and therefore denies them.

14. Delta lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 14 of the Complaint, and therefore denies them.

15. Denied. There are no method claims in the '865 patent.

16. Denied.

17. Delta lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 17 of the Complaint, and therefore denies them.

18. Delta lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 18 of the Complaint, and therefore denies them.

### The Delta Scientific Accused Products

19. Delta admits that the drawings shown in Paragraph 19 of the Complaint are copies of drawings in Exhibit B of the Complaint. Except as

specifically admitted, Delta denies the remaining allegations of Paragraph 19 of the Complaint.

20. Denied.

21. Delta admits that it designs, engineers, and manufactures products and either directly or through intermediaries (including distributors, retailers, and others), ships, distributes, offers for sale, sells, and advertises its products abroad, in the United States, in the State of California, and in this district. Delta denies that any of its products infringe the '865 patent.

### Alleged Infringement of the '865 Patent by Delta Scientific's Shallow Mount Bollards

22. Denied.

23. Denied. Additionally, Paragraph 23 of the Complaint appears to be incomplete.

24. Delta lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 24 of the Complaint and therefore denies them. This paragraph includes terms and/or phrases from the '865 patent claims. Before the scope of these terms and/or phrases and of the asserted claims of the '865 patent can be determined in this case, these terms and/or phrases and claims must be construed by the Court.

25. Delta lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 25 of the Complaint and therefore denies them. This paragraph includes terms and/or phrases from the '865 patent claims. Before the scope of these terms and/or phrases and/or claims of the '865 patent can be determined in this case, these terms and/or phrases and/or claims must be construed by the Court.

26. Delta lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 26 of the Complaint and therefore denies them. This paragraph includes terms and/or phrases from the '865 patent

109978428.2

claims. Before the scope of these terms and/or phrases and claims of the '865 can be determined in this case, these terms and/or phrases and/or claims must be construed by the Court. Further, the allegations of this paragraph are indefinite because of the reference to the undefined phrase "or the equivalents thereof," which has an undefined meaning and scope.

27. Delta lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 27 of the Complaint and therefore denies them. This paragraph includes terms and/or phrases from the '865 patent claims. Before the scope of these terms and/or phrases and claims of the '865 patent can be determined in this case, these terms and/or phrases and/or claims must be construed by the Court. Further, the allegations of this paragraph are indefinite because of the reference to the undefined phrase "or the equivalents thereof," which has an undefined meaning and scope.

28. Delta lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 28 of the Complaint and therefore denies them. This paragraph includes terms and/or phrases from the '865 patent claims. Before the scope of these terms and/or phrases and claims of the '865 patent can be determined in this case, these terms and/or phrases and/or claims must be construed by the Court. Further, the allegations of this paragraph are indefinite because of the reference to the undefined phrase "or the equivalents thereof," which has an undefined meaning and scope.

29. Delta lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 29 of the Complaint and therefore denies them. This paragraph includes terms and/or phrases from the '865 patent claims. Before the scope of these terms and/or phrases and claims of the '865 patent can be determined in this case, these terms and/or phrases and/or claims must be construed by the Court. Further, the allegations of this paragraph

109978428.2

are indefinite because of the reference to the undefined phrase "or the equivalents thereof," which has an undefined meaning and scope.

30. Delta lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 30 of the Complaint and therefore denies them. This paragraph includes terms and/or phrases from the '865 patent claims. Before the scope of these terms and/or phrases and claims of the '865 patent can be determined in this case, these terms and/or phrases and/or claims must be construed by the Court. Further, the allegations of this paragraph are indefinite because of the reference to the undefined phrase "or the equivalents thereof," which has an undefined meaning and scope.

31. Delta lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 31 of the Complaint and therefore denies them. This paragraph includes terms and/or phrases from the '865 patent claims. Before the scope of these terms and/or phrases and claims of the '865 patent can be determined in this case, these terms and/or phrases and/or claims must be construed by the Court. Further, the allegations of this paragraph are indefinite because of the reference to the undefined phrase "or the equivalents thereof," which has an undefined meaning and scope. Additionally, invalid claims cannot be infringed. Delta specifically denies that any of Delta's products infringe claim 2 of the '865 patent.

32. Delta lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 32 of the Complaint and therefore denies them. This paragraph includes terms and/or phrases from the '865 patent claims. Before the scope of these terms and/or phrases and claims of the '865 patent can be determined in this case, these terms and/or phrases and/or claims must be construed by the Court. Further, the allegations of this paragraph are indefinite because of the reference to the undefined phrase "or the equivalents thereof," which has an undefined meaning and scope. Additionally, invalid

109978428.2

claims cannot be infringed. Delta specifically denies that any of Delta's products infringe claims 3 and 4 of the '865 patent.

33. Delta lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 33 of the Complaint and therefore denies them. This paragraph includes terms and/or phrases from the '865 patent claims. Before the scope of these terms and/or phrases and claims of the '865 patent can be determined in this case, these terms and/or phrases and/or claims must be construed by the Court. Further, the allegations of this paragraph are indefinite because of the reference to the undefined phrase "or the equivalents thereof," which has an undefined meaning and scope. Additionally, invalid claims cannot be infringed. Delta specifically denies that any of Delta's products infringe claim 5 of the '865 patent.

34. Delta lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 34 of the Complaint and therefore denies them. This paragraph includes terms and/or phrases from the '865 patent claims. Before the scope of these terms and/or phrases and claims of the '865 patent can be determined in this case, these terms and/or phrases and/or claims must be construed by the Court. Further, the allegations of this paragraph are indefinite because of the reference to the undefined phrase "or the equivalents thereof," which has an undefined meaning and scope. Additionally, invalid claims cannot be infringed. Delta specifically denies that any of Delta's products infringe claim 6 of the '865 patent.

35. Delta lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 35 of the Complaint and therefore denies them. This paragraph includes terms and/or phrases from the '865 patent claims. Before the scope of these terms and/or phrases and claims of the '865 patent can be determined in this case, these terms and/or phrases and/or claims must be construed by the Court. Further, the allegations of this paragraph are

109978428.2

indefinite because of the reference to the undefined phrase "or the equivalents thereof," which has an undefined meaning and scope. Additionally, invalid claims cannot be infringed. Delta specifically denies that any of Delta's products infringe claim 7 of the '865 patent.

36. Delta lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 36 of the Complaint and therefore denies them. This paragraph includes terms and/or phrases from the '865 patent claims. Before the scope of these terms and/or phrases and claims of the '865 patent can be determined in this case, these terms and/or phrases and/or claims must be construed by the Court. Further, the allegations of this paragraph are indefinite because of the reference to the undefined phrase "or the equivalents thereof," which has an undefined meaning and scope. Additionally, invalid claims cannot be infringed. Delta specifically denies that any of Delta's products infringe claim 8 of the '865 patent.

37. Delta lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 37 of the Complaint and therefore denies them. This paragraph includes terms and/or phrases from the '865 patent claims. Before the scope of these terms and/or phrases and claims of the '865 patent can be determined in this case, these terms and/or phrases and/or claims must be construed by the Court. Further, the allegations of this paragraph are indefinite because of the reference to the undefined phrase "or the equivalents thereof," which has an undefined meaning and scope. Additionally, invalid claims cannot be infringed. Delta specifically denies that any of Delta's products infringe claim 9 of the '865 patent.

38. Delta lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 38 of the Complaint and therefore denies them. This paragraph includes terms and/or phrases from the '865 patent claims. Before the scope of these terms and/or phrases and claims of the '865

patent can be determined in this case, these terms and/or phrases and/or claims must be construed by the Court. Further, the allegations of this paragraph are indefinite because of the reference to the undefined phrase "or the equivalents thereof," which has an undefined meaning and scope. Additionally, invalid claims cannot be infringed. Delta specifically denies that any of Delta's products infringe claim 10 of the '865 patent.

39. Delta lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 39 of the Complaint and therefore denies them. This paragraph includes terms and/or phrases from the '865 patent claims. Before the scope of these terms and/or phrases and claims of the '865 patent can be determined in this case, these terms and/or phrases and/or claims must be construed by the Court. Further, the allegations of this paragraph are indefinite because of the reference to the undefined phrase "or the equivalents thereof," which has an undefined meaning and scope. Additionally, invalid claims cannot be infringed. Delta specifically denies that any of Delta's products infringe claim 11 of the '865 patent.

40. Delta lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 40 of the Complaint and therefore denies them. This paragraph includes terms and/or phrases from the '865 patent claims. Before the scope of these terms and/or phrases and claims of the '865 patent can be determined in this case, these terms and/or phrases and/or claims must be construed by the Court. Further, the allegations of this paragraph are indefinite because of the reference to the undefined phrase "or the equivalents thereof," which has an undefined meaning and scope. Additionally, invalid claims cannot be infringed. Delta specifically denies that any of Delta's products infringe claim 12 of the '865 patent.

41. Delta lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 41 of the Complaint and therefore

denies them. This paragraph includes terms and/or phrases from the '865 patent claims. Before the scope of these terms and/or phrases and claims of the '865 patent can be determined in this case, these terms and/or phrases and/or claims must be construed by the Court. Further, the allegations of this paragraph are indefinite because of the reference to the undefined phrase "or the equivalents thereof," which has an undefined meaning and scope. Additionally, invalid claims cannot be infringed. Delta specifically denies that any of Delta's products infringe claim 13 of the '865 patent.

42. Delta lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 42 of the Complaint and therefore denies them. This paragraph includes terms and/or phrases from the '865 patent claims. Before the scope of these terms and/or phrases and claims of the '865 patent can be determined in this case, these terms and/or phrases and/or claims must be construed by the Court. Further, the allegations of this paragraph are indefinite because of the reference to the undefined phrase "or the equivalents thereof," which has an undefined meaning and scope. Additionally, invalid claims cannot be infringed. Delta specifically denies that any of Delta's products infringe claim 14 of the '865 patent.

43. Delta lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 43 of the Complaint and therefore denies them. This paragraph includes terms and/or phrases from the '865 patent claims. Before the scope of these terms and/or phrases and claims of the '865 patent can be determined in this case, these terms and/or phrases and/or claims must be construed by the Court. Further, the allegations of this paragraph are indefinite because of the reference to the undefined phrase "or the equivalents thereof," which has an undefined meaning and scope. Additionally, invalid claims cannot be infringed. Delta specifically denies that any of Delta's products infringe claim 15 of the '865 patent.

109978428.2

44. Denied that any of Delta's products infringe claim 16 of the '865 patent. Admitted that Paragraph 44 reproduces the language of claim 16 of the '865 patent.

45. Delta lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 45 of the Complaint, which incorporates the allegations of Paragraphs 22-30 of the Complaint, and therefore denies them. This paragraph includes terms and/or phrases from the '865 patent claims. Before the scope of these terms and/or phrases and claims of the '865 patent can be determined in this case, these terms and/or phrases and/or claims must be construed by the Court. Further, the allegations of this paragraph are indefinite because of the reference to the undefined phrase "or the equivalents thereof," which has an undefined meaning and scope. Additionally, invalid claims cannot be infringed. Delta specifically denies that any of Delta's products infringe claim 16 of the '865 patent.

46. Delta lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 46 of the Complaint, which incorporates the allegations of Paragraphs 19-31 of the Complaint, and therefore denies them. This paragraph includes terms and/or phrases from the '865 patent claims. Before the scope of these terms and/or phrases and claims of the '865 patent can be determined in this case, these terms and/or phrases and/or claims must be construed by the Court. Further, the allegations of this paragraph are indefinite because of the reference to the undefined phrase "or the equivalents thereof," which has an undefined meaning and scope. Additionally, invalid claims cannot be infringed. Delta specifically denies that any of Delta's products infringe claim 17 of the '865 patent.

47. Delta lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 47 of the Complaint and therefore denies them. This paragraph includes terms and/or phrases from the '865 patent

109978428.2

claims. Before the scope of these terms and/or phrases and claims of the '865 patent can be determined in this case, these terms and/or phrases and/or claims must be construed by the Court. Further, the allegations of this paragraph are indefinite because of the reference to the undefined phrase "or the equivalents thereof," which has an undefined meaning and scope. Additionally, invalid claims cannot be infringed. Delta specifically denies that any of Delta's products infringe claim 18 of the '865 patent.

48. Delta lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 48 of the Complaint and therefore denies them. This paragraph includes terms and/or phrases from the '865 patent claims. Before the scope of these terms and/or phrases and claims of the '865 patent can be determined in this case, these terms and/or phrases and/or claims must be construed by the Court. Further, the allegations of this paragraph are indefinite because of the reference to the undefined phrase "or the equivalents thereof," which has an undefined meaning and scope. Additionally, invalid claims cannot be infringed. Delta specifically denies that any of Delta's products infringe claim 16 of the '865 patent.

49. Denied that any of Delta's products infringe claim 33 of the '865 patent. Admitted that Paragraph 49 reproduces the language of claim 33 of the '865 patent.

50. Delta lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 50 of the Complaint, which incorporates the allegations of Paragraphs 23-30 and 45 of the Complaint, and therefore denies them. This paragraph includes terms and/or phrases from the '865 patent claims. Before the scope of these terms and/or phrases and claims of the '865 patent can be determined in this case, these terms and/or phrases and/or claims must be construed by the Court. Further, the allegations of this paragraph are indefinite because of the reference to the undefined phrase "or the equivalents

-12-

109978428.2

thereof," which has an undefined meaning and scope. Additionally, invalid claims cannot be infringed. Delta specifically denies that any of Delta's products infringe claim 33 of the '865 patent.

51. Delta lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 51 of the Complaint and therefore denies them. This paragraph includes terms and/or phrases from the '865 patent claims. Before the scope of these terms and/or phrases and claims of the '865 patent can be determined in this case, these terms and/or phrases and/or claims must be construed by the Court. Further, the allegations of this paragraph are indefinite because of the reference to the undefined phrase "or the equivalents thereof," which has an undefined meaning and scope. Additionally, invalid claims cannot be infringed. Delta specifically denies that any of Delta's products infringe claim 34 of the '865 patent.

52. Delta lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 52 of the Complaint and therefore denies them. This paragraph includes terms and/or phrases from the '865 patent claims. Before the scope of these terms and/or phrases and claims of the '865 patent can be determined in this case, these terms and/or phrases and/or claims must be construed by the Court. Further, the allegations of this paragraph are indefinite because of the reference to the undefined phrase "or the equivalents thereof," which has an undefined meaning and scope. Additionally, invalid claims cannot be infringed. Delta specifically denies that any of Delta's products infringe claim 35 of the '865 patent.

## **CLAIM FOR RELIEF: ALLEGED DIRECT INFRINGEMENT OF THE '865 PATENT**

53. Paragraph 53 restates and realleges the previous allegations, and thus no response is required. To the extent a response is required, Delta incorporates the responses listed above.

109978428.2

1  54.  Denied.

2  55.  Admitted.

3  56.  Delta lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 56 and therefore denies them.

57.  Delta lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 57 and therefore denies them.

58.  Denied.

59.  Denied.

60.  Denied.

61.  Denied.

## AFFIRMATIVE DEFENSES

Delta's Affirmative Defenses are listed below. Delta reserves the right to amend its answer to add additional Affirmative Defenses consistent with the facts discovered in this case.

## FIRST AFFIRMATIVE DEFENSE

Delta has not infringed and does not infringe, under any theory of infringement (including directly (whether individually or jointly) or indirectly (whether contributorily or by inducement)), or under the Doctrine of Equivalents, any valid, enforceable claim of the '865 Patent.

## SECOND AFFIRMATIVE DEFENSE

Each asserted claim of the patent-in-suit is invalid for failure to comply with one or more of the requirements of the United States Code, Title 35, including without limitation, 35 U.S.C. §§ 102, 103, and 112, and the rules, regulations, and laws pertaining thereto.

## THIRD AFFIRMATIVE DEFENSE

To the extent that Plaintiff and any predecessors in interest to the patent-in-suit failed to properly mark any of their relevant products or materials as required

by 35 U.S.C. § 287, or otherwise give proper notice that Delta's actions allegedly infringe the patent-in-suit, Delta is not liable to Plaintiff for the acts alleged to have been performed before it received actual notice that it was allegedly infringing the patent-in-suit.

### FOURTH AFFIRMATIVE DEFENSE

To the extent that Plaintiff asserts that Delta indirectly infringes, either by contributory infringement or inducement of infringement, Delta is not liable to Plaintiff for the acts alleged to have been performed before Delta knew that its actions would cause indirect infringement.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff's attempted enforcement of the patent-in-suit against Delta is barred by one or more of the equitable doctrines of laches, estoppel, acquiescence, waiver, and unclean hands.

### SIXTH AFFIRMATIVE DEFENSE

The claims of the patent-in-suit are not entitled to a scope sufficient to encompass any system made, used or employed, sold or offered for sale or any process practiced by Delta.

### SEVENTH AFFIRMATIVE DEFENSE

To the extent Plaintiff contends that it alleges a claim for indirect infringement (whether by inducement or contributorily), Plaintiff has failed to state a claim upon which relief can be granted.

### EIGHTH AFFIRMATIVE DEFENSE

Delta is not willfully infringing and has not willfully infringed the '865 Patent.

### NINTH AFFIRMATIVE DEFENSE

Delta reserves the right to allege as a separate affirmative defense the defense of inequitable conduct if discovery in the action supports such a defense.

109978428.2

WHEREFORE, Delta prays that the '865 Patent be found invalid, not infringed and/or unenforceable and that the Complaint be dismissed in its entirety and that Delta be awarded its costs, including attorney's fees, incurred in defense of the Claims.

Dated: December 19, 2019

Respectfully submitted,

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By /s/ David A. Dillard
David A. Dillard

Attorneys for Defendant
Delta Scientific Corporation

109978428.2

**DEMAND FOR JURY TRIAL**

Delta hereby demands a trial by jury on all issues so triable pursuant to Federal Rule of Civil Procedure 38.

Dated:  December 19, 2019

Respectfully submitted,

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By /s/ David A. Dillard
    David A. Dillard

Attorneys for Defendant,
Delta Scientific Corporation