Sasha G. Rao (SBN 244303)
srao@maynardcooper.com
MAYNARD COOPER & GALE, LLP
600 Montgomery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 646-4702

Ashe Puri (SBN 297814)
apuri@maynardcooper.com
MAYNARD COOPER & GALE, LLP
1925 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 596-4344

Joseph V. Saphia (admitted *pro hac vice*)
JSaphia@haugpartners.com
Jessica H. Zafonte (admitted *pro hac vice*)
JZafonte@haugpartners.com
Laura A. Chubb (admitted *pro hac vice*)
LChubb@haugpartners.com
HAUG PARTNERS LLP
745 Fifth Avenue, New York, NY 10151
Telephone: (212) 588-0800
Facsimile:  (212) 588-0500

*Attorneys for Plaintiff*
*RSA Protective Technologies, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RSA PROTECTIVE TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>DELTA SCIENTIFIC CORPORATION,<br><br>    Defendant. | Case No.  2:19-cv-06024-JAK-PLA<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR SUMMARY JUDGMENT AS TO VALIDITY UNDER 35 U.S.C. §§102 AND 103**<br><br>Date: May 17, 2021<br><br>Time: 8:30 A.M.<br><br>Judge: Hon. John A. Kronstadt |

TO DELTA SCIENTIFIC CORPORATION AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on May 17, 2021, at 8:30 a.m. or as soon thereafter as the matter may be heard in the above entitled court located at United States Courthouse – 350 West First Street, Los Angeles, CA 90012 – Courtroom 10B, Plaintiff RSA Protective Technologies, LLC ("RSA"), will and hereby does, for the reasons set forth in RSA's Memorandum of Points and Authorities in Support of Plaintiff's Motion for Summary Judgment as to Validity under 35 U.S.C. §§102 and 103, move this Court to grant RSA Summary Judgment as to Validity under 35 U.S.C. §§102 and 103. RSA respectfully requests that this Court grant the instant Motion for the reasons set forth in the accompanying Memorandum of Points and Authorities.

This motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, the accompanying Statement of Uncontroverted Facts and Conclusions of Law, the Declaration of Jessica H. Zafonte and Exhibits thereto, and Proposed Order, as well as all pleadings and papers on file in this action, and upon such other evidence and argument as may be presented by RSA to this Court at the time of the hearing.

This motion is made following a conference of counsel on January 5, 2021.

Dated: January 19, 2021        /s/ Ashe P. Puri

Sasha G. Rao (SBN 244303)
srao@maynardcooper.com
MAYNARD COOPER & GALE, LLP
600 Montgomery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 646-4702

Ashe Puri (SBN 297814)
apuri@maynardcooper.com
MAYNARD COOPER & GALE, LLP

| | |
|---|---|
| 1 | 1925 Century Park East, Suite 1700 |
| 2 | Los Angeles, CA 90067<br>Telephone: (310) 596-4344 |
| 3 | Joseph V. Saphia (admitted *pro hac vice*) |
| 4 | JSaphia@haugpartners.com<br>Jessica H. Zafonte (admitted *pro hac vice*) |
| 5 | JZafonte@haugpartners.com<br>Laura A. Chubb (admitted *pro hac vice*) |
| 6 | LChubb@haugpartners.com<br>HAUG PARTNERS LLP |
| 7 | 745 Fifth Avenue<br>New York, New York 10151 |
| 8 | Telephone: (212) 588-0800<br>Facsimile: (212) 588-0500 |
| 9 | |
| 10 | *Attorneys for Plaintiff*<br>*RSA Protective Technologies, LLC* |

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed via CM/ECF on February 10, 2021 and was served upon all counsel of record via CM/ECF.

/s/ Ashe P. Puri
Ashe P. Puri